IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE VELASQUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>    Defendant<br>_____/ | No. C 09-2670 MMC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

On October 2, 2009, plaintiff failed to appear as ordered at a regularly scheduled case management conference in the above-titled action.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE in writing, no later than October 21, 2009, why the action should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 2, 2009

_____
MAXINE M. CHESNEY
United States District Judge