IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE VELASQUEZ, | No. C 09-2670 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| AURORA LOAN SERVICES, LLC, | |
| Defendant / | |

By order filed October 2, 2009, the Court directed plaintiff to show cause, in writing and no later than October 21, 2009, why the above-titled action should not be dismissed for failure to prosecute. Plaintiff has failed to file a response.

Accordingly, the instant action is hereby DISMISSED, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 23, 2009

MAXINE M. CHESNEY
United States District Judge